IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MILDRED GARCIA-RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC UNIVERSITY COLLEGE,<br><br>Defendant. | CIVIL NO. 15-2808(PAD) |

### ORDER

In accordance with the order issued today (Docket No. 22), the court hereby enters judgment dismissing plaintiff's claims with prejudice, without the imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 23d day of May, 2016.

                                                                                               s/Pedro A. Delgado-Hernández
                                                                                               PEDRO A. DELGADO-HERNÁNDEZ
                                                                                               United States District Judge